No. 24-5003

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Yitzchok Frankel, et al.
*Plaintiffs and Appellees,*

*v.*

Regents of the University of California, et al.
*Defendants and Appellants.*

Appeal from the United States District Court
for the Central District of California
Case No. 2:24-CV-04702-MCS-PD
Hon. Mark C. Scarsi

**MOTION TO VOLUNTARILY DISMISS APPEAL PURSUANT TO FED. R. APP. P. 42(b)(2)**

Matthew R. Cowan
O'Melveny & Myers LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorney for Defendants and Appellants
The Regents of the University of California;
Michael V. Drake; Gene D. Block; Darnell Hunt;
Michael Beck; Monroe Gorden, Jr.; and Rick Braziel*

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Defendants and Appellants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel ("Defendants") hereby move the Court for an order dismissing the above-captioned appeal.

Dated: August 23, 2024          O'MELVENY & MYERS LLP

By:    */s/ Matthew R. Cowan*
       Matthew R. Cowan

*Attorney for Defendants and Appellants The Regents of the University of California; Michael V. Drake; Gene D. Block; Darnell Hunt; Michael Beck; Monroe Gorden, Jr.; and Rick Braziel*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of August, 2024, a true and correct copy of the foregoing Motion to Voluntarily Dismiss Appeal Pursuant to Fed. R. App. P. 42(b)(2) was filed electronically through the Court's CM/ECF system. All participants are registered CM/ECF users, and will be served by the appellate CM/ECF system.

*/s/ Matthew R. Cowan*
Matthew R. Cowan