UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YITZCHOK FRANKEL; et al.,<br><br>  Plaintiffs - Appellees,<br><br> v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.,<br><br>  Defendants - Appellants. | No. 24-5003<br><br>D.C. No. 2:24-cv-04702-MCS-PD<br>Central District of California, Los Angeles<br><br>ORDER |

Appellants' motion (Docket Entry No. 3) for voluntary dismissal is granted.

This case is dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT